UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MELVIN CLINTON,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**Felon in Possession of a Firearm and Ammunition**

On or about May 19, 2026, in Berrien County, in the Southern Division of the Western District of Michigan,

MELVIN CLINTON,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Polymer 80 9mm pistol bearing no identifiable serial number, 9mm Luger CBC ammunition, and 9mm Luger GFL ammunition, which were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

**FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

MELVIN CLINTON

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a Polymer 80 9mm pistol, 9mm Luger CBC ammunition, and 9mm Luger GFL ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

JULIA M. RUGG
Assistant United States Attorney